STATE OF CONNECTICUT *v.* MAE F. DAVIS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*John J. Devine, Jr.,* in opposition.

Submitted August 15—decided October 31, 1962

STATE OF CONNECTICUT *v.* NICHOLAS LIAPES

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Louis F. Chrostowski,* in support of the petition.

*Seymour P. Dunn,* in opposition.

Submitted August 23—decided October 31, 1962

STATE OF CONNECTICUT *v.* WILLIAM PHILLIPS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*John J. Devine, Jr.,* in opposition.